UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-61486-CIV-UNGARO/O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MERION TIMES,

    Defendants.
_____/

## ORDER

THIS MATTER comes before the Court on the Plaintiff's Motion to Compel Response to Plaintiff's First Request for Production in Aid of Execution & Interrogatories in Aid of Execution (DE # 14, 1/19/07).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED, that the defendant shall file a response to the Plaintiff's Motion to Compel Response to Plaintiff's First Request for Production in Aid of Execution & Interrogatories in Aid of Execution (DE # 14, 1/19/07) on or before February 27, 2007.  The failure to file a response may result in an Order granting the

Plaintiff's Motion to Compel Response to Plaintiff's First Request for Production in Aid of Execution & Interrogatories in Aid of Execution (DE # 14, 1/19/07) in its entirety.

DONE and ORDERED, in chambers, in Miami, Florida, this 13th day of February, 2007.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Ungaro
All counsel of record

Sent by Chambers to:
Merion Times
2272 N.W. 26th Ave.
Ft. Lauderdale, FL 33331